Clarence P. CARPENTER, Chairman of the Senatorial District Committee, et al.

No. 48918.

Sept. 21, 1967.

Application denied. The conclusion reached by the District Judge and the Court of Appeal is supported by uncontroverted facts and relator has made no clear showing of error sufficient to warrant the exercise of our supervisory jurisdiction.

SUMMERS, J., is of the opinion the writ should be granted.

202 So.2d 661

RAYTHEON MANUFACTURING COMPANY (EQUIPMENT SALES DIVISION)

v.

JACK NEILSON, INC.

No. 48698.

Oct. 10, 1967.

It is ordered by the Court that the application for a writ of certiorari or review be and the same is hereby dismissed, with prejudice and at the cost of defendant-applicant.